PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
JUL 07 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Michelle Dawn Meisinger**

**Docket No. 0:02CR00015-004(MJD)**

**Petition on Probation**

COMES NOW **Karen L. Godin**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michelle Dawn Meisinger** who was sentenced for Conspiracy to Distribute and Possess With Intent to Distribute Marijuana on September 10, 2003, by the Honorable Michael J. Davis, who fixed the period of supervision at 3 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Community service work; drug aftercare; psychological/psychiatric counseling/treatment; and take prescribed medication

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

STANDARD CONDITION #11: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

On December 16, 2005, the defendant was arrested in Anoka, Minnesota, on the charge of Misdemeanor Theft. Subject failed to report this arrest as required by her conditions of supervised release.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 7 day of July, 2006, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Karen L. Godin
U.S. Probation Officer

Executed on July 5, 2006
Place Minneapolis

SCANNED
JUL 11 2006
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission