Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Michelle Dawn Meisinger

Docket No. 02-15 (4) (MJD)

## HEARING WAIVER

I, Michelle Dawn Meisinger, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed:

Michelle Dawn Meisinger
Probationer

Dated: 7/5/06

Witness:

Karen L. Godin
U.S. Probation Officer

SCANNED
JUL 11 2006
U.S. DISTRICT COURT MPLS